```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MRC INDUSTRIES, INC., d/b/a
MASON MEDICAL PRODUCTS,

                    Plaintiff,
                                            ORDER ADOPTING REPORT &
                                            RECOMMENDATION
          -against-                         06-CV-3633(JS)(WDW)

GLOBAL THERAPY SYSTEMS, LLC,

                    Defendant.
----------------------------------------X
APPEARANCES:

For Plaintiff:      Stefan Brant Kalina, Esq.
                    Robert C. Boneberg, Esq.
                    Lowenstein Sandler, P.C.
                    1251 Avenue of the Americas, 18th Floor
                    New York, New York 10020

For Defendant:      No Appearance
```

SEYBERT, District Judge:

Upon review of the Report and Recommendation ("Report") of Magistrate Judge William D. Wall issued March 7, 2008, to which no party has objected, the Court hereby ADOPTS the Report in its entirety.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure any objections to the Report were to be filed with the Clerk of the Court within ten days of service of the Report. The time for filing objections has expired and no Party has objected. Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report in its entirety and ORDERS that Defendant's Answer be stricken.

                                        SO ORDERED.


                                        /S/ JOANNA SEYBERT
                                        Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
          April  8  , 2008