UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MRC INDUSTRIES, INC.
d/b/a Mason Medical Products,

                Plaintiff,

- against -                     ORDER ADOPTING REPORT
                                                & RECOMMENDATION
                                                06-CV-3633 (JS)(WDW)

GLOBAL THERAPY SYSTEMS, LLC,

                Defendant.
----------------------------------------X
APPEARANCES:
For Plaintiff:        Stefan Brant Kalina, Esq.
                       Robert C. Boneberg, Esq.
                       Lowenstein Sandler, P.C.
                       1251 Avenue of the Americas, 18th Floor
                       New York, NY 10020

For Defendant:       No Appearance

SEYBERT, District Judge:

        Magistrate Judge William D. Wall issued a Report and Recommendation ("R&R") on July 15, 2009. As part of the R&R, Judge Wall provided that any objections were to be filed with the Clerk of the Court within ten days of service of the R&R. The time for filing objections has expired, and no party has objected. Accordingly, all objections are hereby deemed to have been waived.

        After careful review, the Court ADOPTS the R&R in its entirety. The Clerk of the Court is directed to enter a judgment of default in Plaintiff's favor against Defendant and mark this matter CLOSED. Defendant is ORDERED to pay $85,571.02 plus pre- and post-judgment interest, and costs in the amount of $350.00.

                                                      SO ORDERED.

                                                      /s/ JOANNA SEYBERT
                                                      Joanna Seybert, U.S.D.J.

Dated:     August __7__, 2009
              Central Islip, New York